IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**CRIMINAL NOS. 1:99CR24 & 1:99CR67-5**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| MICHAEL JOHNSON ) | |

**THESE MATTERS** are before the Court to exonerate the real estate deed of trust posted as bond for the Defendant herein.

Defendant was arrested on June 25, 1999, and released from custody August 9, 1999, on a secured bond in the amount of $500,000, ten percent of which was posted by the Defendant and his wife, Sharon L. Johnson, in the form of a Real Estate Deed of Trust.[1]  The deed of trust is being held by the Clerk until final disposition of this case.

Defendant entered a plea in both captioned cases on October 28, 1999, and was sentenced by the undersigned on October 13, 2000, to a 37

---

[1] Although the bond required a note as well as a deed of trust, the note was never received by the Clerk even after repeated requests.

month term of imprisonment. He began service of his sentence on January 5, 2001, at the Federal Medical Center-Devens at Ayer, Massachusetts.

On April 28, 2004, the Defendant was found to have violated the terms and conditions of his supervised release and was sentenced by the undersigned to a term of 9 months imprisonment. It appearing to the Court that the Defendant has served that term of imprisonment, there is no further liability on the bond, the Court will order it exonerated.

**IT IS, THEREFORE, ORDERED** that the bond herein referenced is hereby exonerated and the Clerk of Court is directed to write across the face of the Real Estate Deed of Trust that the bond has been exonerated and the Deed of Trust is satisfied, and return same to the Defendant and his wife, Sharon L. Johnson, in care of Sean P. Devereux, Attorney at Law, 22 South Pack Square, Penthouse Suite, The Jackson Building, Asheville, North Carolina, 28801.

Signed: January 29, 2007

Lacy H. Thornburg
United States District Judge